UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR123-0050

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| v. | ) ) ) | 18 U.S.C. § 922(g)(1) |
| HUNTER W. TAYLOR | ) ) ) | Possession of a Firearm by a Prohibited Person |
| | ) ) ) | 26 U.S.C. § 5861(d) Possession of an Unregistered Firearm |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 10, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

**HUNTER W. TAYLOR,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Radical Firearms, RF-15, .300 ACC Blackout firearm, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT TWO
*Possession of an Unregistered Firearm*
26 U.S.C. § 5861(d)

On or about May 10, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

**HUNTER W. TAYLOR,**

knowingly possessed a firearm, that is, a Radical Firearms, RF-15, .300 ACC Blackout firearm, with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## **FORFEITURE ALLEGATION**

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the Defendant, **HUNTER W. TAYLOR,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Radical Firearms, RF-15, .300 ACC Blackout firearm, S/N RD19890.

Upon conviction of the offense set forth in Count Two, the Defendant, **HUNTER W. TAYLOR**, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to, a Radical Firearms, RF-15, .300 ACC Blackout firearm, S/N RD19890.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

*(signatures follow on the next page)*

A True Bill.

_____
_[signature]_
Jill E. Steinberg
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_[signature]_
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel

(by Jason W. Blanchard with Express Permission)